UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLO IDIEV,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>            Respondents. | No.  1:25-cv-01030-SKO (HC)<br><br>**ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION**<br><br>**[THIRTY-DAY DEADLINE]** |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner contends that his prolonged detention without a bond hearing before an immigration judge to determine whether his detention serves a valid purpose, has become unreasonable and unjustified, in violation of his rights under the Due Process Clause of the Fifth Amendment to the United States Constitution. Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent will be directed to file a Response.

Accordingly, it is HEREBY ORDERED:

1. Respondent is DIRECTED to file a Response to the Petition within THIRTY (30) days of the date of service of this order.  Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ.

        P. 81(a)(2).  Respondent SHALL INCLUDE a copy of Petitioner's Alien File or any other documentation relevant to the determination of the issues raised in the Petition. Rule 5 of the Rules Governing Section 2254 Cases.

2.   Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response is filed with the Court.

3.   In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **August 18, 2025**                   /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE