UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLO IDIEV,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, GOLDEN STATE ANNEX<br>DETENTION FACILITY, et al.,<br><br>        Respondents. | No.  1:25-cv-01030-SKO (HC)<br><br>**ORDER DENYING MOTION TO COMPEL RESPONDENT TO FILE RESPONSE** |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Pending before the Court is Petitioner's February 2, 2026, motion to compel Respondents to file a response. (Doc. 26.) Petitioner contends Respondent has failed to comply with a court order by failing to file a response. Petitioner is advised that the Court reissued the order directing Respondents to file a response on January 29, 2026, due to the consolidation of cases and refiling of documents in the instant case. (Doc. 25.) The response deadline is currently set for February 12, 2026.

Accordingly, Petitioner's motion to compel a response is DENIED.

IT IS SO ORDERED.

1

Dated:   **February 4, 2026**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE